# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07CV35-3-V
# 3:98CR78-1-V

| | |
|---|---|
| MICHAEL TIMOTHY SMITH,           )<br>                                                         )<br>                          Petitioner,       )<br>              v.                                         )<br>                                                         )<br>UNITED STATED OF AMERICA,      )<br>                                                         )<br>                          Respondent.    ) | **ORDER** |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed January 25, 2007.

The Petitioner has filed a previous Motion to Vacate (case no. 3:01cv385-V) which was denied as time barred (Document No. 2.) Under the Antiterrorism and Effective Death Penalty Act (AEDPA), "a second or successive motion must be certified . . . by a panel of the appropriate court of appeals . . ." 28 U.S.C. § 2255 (1997). Therefore, the Petitioner must first certify his claim with the Fourth Circuit Court of Appeals before he can file his successive claim in the District Court.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence is **DISMISSED** without prejudice as successive.

Dockets.Justia.com

**SO ORDERED.**

Signed: February 5, 2007

Richard L. Voorhees
United States District Judge