# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Michael Timothy Smith,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                              3:07-cv-35-3

United States of America,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2007 Order.

**Signed: February 5, 2007**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court